1  John Shaeffer (SBN 138331)
   jshaeffer@foxrothschild.com
2  Meeghan H. Tirtasaputra (SBN 325572)
   mtirtasaputra@foxrothschild.com
3  FOX ROTHSCHILD LLP
   10250 Constellation Boulevard, Suite 900
4  Los Angeles, California 90067
   Telephone:  310-598-4150
5  Facsimile:  310-556-9828

6  Attorneys for Defendants
   ARNI THOR AND SHIREEN THOR
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| TIGHTIES, INC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ARNI THOR, an individual; SHIREEN THOR, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:24-CV-00465-CAB-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[*Filed concurrently with Memorandum of Points and Authorities In Support of Motion to Dismiss; [Proposed] Order*]<br><br>Date:   June 3, 2024<br>Room:  12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT (L.R. 4(B))** |
|---|---|

TO THE ABOVE-CAPTIONED COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 3, 2024, or as soon thereafter as this matter may be heard in Courtroom 12B of the above-captioned Court, located at 333 West Broadway, San Diego, California 92101, the Honorable Cynthia A. Bashant presiding, Defendants Arni Thor and Shireen Thor (collectively, "Defendants") will and hereby do move for an order dismissing the following claims for relief asserted in Plaintiff Tighties, Inc.'s ("Plaintiff") Complaint (the "Complaint") in this action

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted:

    Count I: Misappropriation of Trade Secrets

    Count II: Intentional Interference with Contractual Relations

    Count III: Intentional Interference with Prospective Economic Advantage

    Count IV: Unfair Competition

This motion is made following the conference of counsel pursuant to Rule 4(A) of this Court's Standing Order that took place on April 27, 2024.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take judicial notice, and such other matters as this Court may consider in connection with the hearing on this matter.

Dated: April 30, 2024              FOX ROTHSCHILD LLP

By  */s/ Meeghan H. Tirtasaputra*
John Shaeffer
Meeghan H. Tirtasaputra
Attorneys for Defendants, Arni Thor and Shireen Thor